1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Albert Dytch

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11
   ALBERT DYTCH,                          )  No.  3:23-cv-00042-SK
12                                         )
              Plaintiff,                   )  **STIPULATION FOR DISMISSAL OF**
13                                         )  **ENTIRE ACTION WITH PREJUDICE**
         vs.                               )
14                                         )
   SVG HOLDINGS LLC dba OCEAN VIEW        )
15 BREW WORKS; SCOTT JULIAN               )
   DAVIDSON dba OCEAN VIEW BREW           )
16 WORKS; CAROLINE L. ORTH, Trustee       )
   under the ORTH FAMILY LIVING TRUST     )
17 dated April 14, 2014;                   )
                                           )
18            Defendants.                  )
                                           )
19 _____ )

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants SVG Holdings LLC dba Ocean View Brew Works; and Scott Julian Davidson dba Ocean View Brew Works, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety and as to all parties. Each party is to bear its own attorneys' fees and costs.

Dated: June 13, 2023                                   MOORE LAW FIRM, P.C.

                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Albert Dytch

Dated: June 13, 2023                                   LIVINGSTON LAW FIRM

                                                       */s/ Crystal L. Van Der Putten*
                                                       Crystal L. Van Der Putten
                                                       Attorneys for Defendant,
                                                       SVG Holdings LLC dba Ocean View Brew Works; and Scott Julian Davidson dba Ocean View Brew Works

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Albert Dytch